

RECEIVED
DEC. 1 7 2019
PRO SE OFFICE

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007


Mark C. Christenson,                    v                    Julie Donnelson,
      plaintiff                                                  respondent


Should it please the court suit for ruling here cover

2

## Petition for Ruling

Pray I   nurse respondent

Labor and delivery

Vital signs

Intravenous therapy

Distress

Chemistry laboratory report

Modus operandi

I pray thee

Death

I pray murder rule

3

Prayer for Writ of Arrest

That that the court would have respondent, Julie Donnelson arrested

Prayer for Entry

I pray have the court clerk record the ruling and order

I do solemnly swear the aforementioned to be true

Dated this 2 day of December, 2019.

*Mark C. Christenson*
12-6-19

Mark C. Christenson
11313 19th Av NE
Seattle, WA 98125